# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JODY MATTHEWS                                                            PLAINTIFF

v.                                          4:25-cv-00102-JM-JJV

FRANK BISIGNANO,
Commissioner,
Social Security Administration,                                DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review of the RD, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 30th day of July, 2025.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE