IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JODY MATTHEWS                                                           PLAINTIFF

v.                                  4:25-cv-00102-JM-JJV

FRANK BISIGNANO,
Commissioner,
Social Security Administration,                                 DEFENDANT

## **JUDGMENT**

Pursuant to the Order filed on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed, and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 30th day of July, 2025.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE